WALTER F. SYKES, Appellant, v. JOSEPH DEGNAN, Respondent.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE REAL ESTATE TITLE INSURANCE AND TRUST COMPANY OF PHILADELPHIA and Another, as Trustees, Respondents, v. WALTER SCHRENKEISEN, Defendant, Impleaded with UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS LINK, Respondent, v. ANDREW E. KALBACH, as Receiver, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, motion denied, with ten dollars costs, and judgment reinstated. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Proceedings Supplementary to Execution under Judgment in an Action Wherein DIMENNA & DEPAOLO, INC., Was Plaintiff (Judgment Creditor), Respondent, and JOHN A. SYLVESTER Was Defendant (Judgment Debtor), Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Smith, J., dissenting.

JOHN BOLAND JEREMIAH GIBBS, Respondent, v. AARON KREIZEL and Another, Composing the Firm of A. KREIZEL & SON, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROSE EINSTEIN, Respondent, v. SAMUEL J. EINSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

VIOLET GROSVENOR, Respondent, v. WILLIAM J. BEAULEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of Proceedings Supplementary to Execution: BENJAMIN HYDE, Judgment Creditor, Respondent, v. ALFRED R. GORMULLY, Judgment Debtor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARGARET HEIDELBERG, Respondent, v. JENNIE K. MURPHY, Appellant.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AMERICO ADINOLFI, Respondent, v. GARFIELD NATIONAL BANK and Others, Defendants, Impleaded with JACOB VOLK HOUSEWRECKING COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JULIUS J. RAUH, Respondent, v. JOHN J. WHITE, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.